James M. Barrett, OSB No. 011991
james.barrett@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Fax: 503.224.4518

Attorneys for Plaintiff
SITEONE LANDSCAPE SUPPLY LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL HEINER, an individual,<br><br>Defendant. | Case No.: 3:25-cv-02319-SI<br><br>STIPULATED PRELIMINARY INJUNCTION AND ORDER |

STIPULATED PRELIMINARY INJUNCTION

WHEREAS, on December 12, 2025, Plaintiff SiteOne Landscape Supply LLC ("SiteOne") filed Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, ECF #3 (the "TRO Motion");

WHEREAS, on or about December 11, 2025, Defendant Mitchell Heiner ("Defendant") caused the following company-issued devices to be shipped to SiteOne Landscape Supply LLC: (a) laptop (make: Dell Inc.; model: Precision 3490; serial no. 9YKV374) ("Laptop"); and (b) smartphone (make: Apple; model: MH10818 iPhone 6YM3; serial no. M4R54D6YM3) ("Phone");

Page 1 –   STIPULATED PRELIMINARY
            INJUNCTION AND ORDER

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

WHEREAS, on or about December 15, 2025, Defendant, through his legal counsel, caused to be returned to legal counsel for SiteOne a USB drive (the "USB Drive");

WHEREAS, the TRO Motion is currently scheduled for a telephonic hearing on December 19, 2025, at 1:30 p.m. Pacific Standard Time; and

WHEREAS, the parties now wish to stipulate to the issuance of a Stipulated Preliminary Injunction as set forth herein and agree to request the Court so order:

THEREFORE, the parties stipulate and agree as follows:

1. <u>Scope of Application</u>. This Stipulated Preliminary Injunction applies to Defendant Mitchell Heiner ("Defendant") and any persons or entities in active concert or participation with him who receive notice of this Stipulated Preliminary Injunction after its entry by the Court.

2. <u>Duration</u>. This Stipulated Preliminary Injunction shall remain in effect until such time as the Court modifies or dissolves it.

3. <u>Non-Disclosure</u>. Defendant and any person in active concert or participation with him are enjoined from disclosing any of SiteOne's "Confidential Information," which means all information not generally known to the public in any form relating to the past, present or future business affairs of SiteOne or any of its subsidiaries or affiliates, including without limitation: all business plans and marketing strategies; information concerning existing and prospective markets, suppliers and customers; financial information; information concerning the development of new products and services; and technical and non-technical data related to software programs, design, specifications, compilations, inventions, improvements, patent applications, studies, research, methods, devices, prototypes, processes, procedures and techniques, trade secrets, and information that was entrusted to SiteOne by a third party under an obligation of confidentiality. "Confidential" information does not include any information of SiteOne which (i) becomes publicly known through no wrongful act of Defendant; or (ii) is lawfully required to be disclosed to any governmental agency or is otherwise required or permitted to be disclosed by law, subpoena, or court order.

Page 2 –   STIPULATED PRELIMINARY
            INJUNCTION AND ORDER

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

4. <u>SiteOne Customer Restrictions</u>.  Defendant and any person in active concert or participation with him are enjoined from soliciting or transacting business with any SiteOne customers with whom Defendant had material contact during his employment at SiteOne for the purpose of providing products or services concerning residential or commercial landscaping or the design, installation, or maintenance of lawns, gardens, golf course, or other outdoor spaces.

5. <u>Preservation of Information/Accounting</u>.  Defendant is directed to preserve, but not access, any Confidential Information of SiteOne that was not on the Laptop, Phone, or USB Drive and that remains in his possession, custody, or control.  Within five business days of this Order, Defendant shall provide SiteOne with a written accounting of this Confidential Information, if any, or provide a written statement that no Confidential Information remains in his possession, custody, or control.

6. <u>Cooperation</u>.  If Defendant reports that SiteOne Confidential Information remains in his possession, custody, or control under Paragraph 5 of this Order, he is to cooperate with SiteOne in taking any other appropriate and reasonable steps to allow SiteOne to recover the Confidential Information in a manner that preserves the Confidential Information while removing it from Defendant's continued possession, custody, and control.

7. <u>Further Injunctive Relief</u>.  If necessary, this Stipulated Preliminary Injunction may be enforced by seeking relief from this Court by way of a motion for contempt for breach.  If Defendant violates this Stipulated Preliminary Injunction, he further agrees that SiteOne will be threatened with irreparable harm justifying immediate injunctive relief and that SiteOne may request that this Court order an appropriate remedy.

Page 3 –   STIPULATED PRELIMINARY
             INJUNCTION AND ORDER

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

SO STIPULATED on December 16, 2025.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | ANGELI & CALFO LLC |
| /s/ James M. Barrett | /s/ Tyler Francis[1] |
| James M. Barrett, OSB No.: 011991 | Tyler Francis, OSB No. 162519 |
| Email: james.barrett@ogletreedeakins.com | Email: tylerf@angelicalfo.com |
| Tel: (503) 552-2140 | Tel: (503) 954-2232 |
| Attorneys SiteOne Landscape Supply LLC | Attorneys for Mitchell Heiner |

* * * * *

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the 1:30 p.m., December 19, 2025 hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is STRICKEN.

DATED December 16, 2025.

_____
MICHAEL H. SIMON
United States District Judge

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ James M. Barrett
James M. Barrett, OSB No. 011991
james.barrett@ogeltreedeakins.com
    Of Attorneys for SiteOne Landscape Supply LLC

---

[1] Authorization to sign received by email on December 16, 2025.