James M. Barrett, OSB No. 011991
james.barrett@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Fax: 503.224.4518
   Attorneys for Plaintiff
   SITEONE LANDSCAPE SUPPLY LLC

Tyler Francis, OSB No. 162519
tylerf@angelicalfo.com
Joanna Perini-Abbott, OSB No. 141394
joanna@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison St., Ste. 400
Portland, OR 97204
Tel: (503) 954-2232
   Attorneys for Defendant
   MITCHELL HEINER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SITEONE LANDSCAPE SUPPLY LLC, a limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MITCHELL HEINER, an individual,<br><br>    Defendant. | Case No.: 3:25-cv-02319-SI<br><br>STIPULATED PERMANENT INJUNCTION AND ORDER |

Page 1 –   STIPULATED PERMANENT
         INJUNCTION AND ORDER

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

STIPULATED PERMANENT INJUNCTION

WHEREAS, on December 12, 2025, Plaintiff SiteOne Landscape Supply LLC ("SiteOne") filed the above-captioned action against Defendant Mitchell Heiner ("Heiner"), asserting claims of trade secrets misappropriation, breach of fiduciary duty, conversion, and breach of contract (hereafter, the "Claims");

WHEREAS, on December 16, 2025, the Court entered a Stipulated Temporary Injunction (ECF #13) against Heiner;

WHEREAS, Heiner disputes the Claims and denies that he acted unlawfully towards SiteOne in any way;

WHEREAS, SiteOne and Heiner (collectively, the "Parties") now wish to stipulate and agree to the issuance of a permanent injunction as set forth herein, and agree to request that the Court so order;

THEREFORE, the Parties stipulate and agree as follows:

1. <u>Scope of Application</u>. This Stipulated Permanent Injunction applies to Heiner individually, together with his agents and assigns, and any persons or entities acting in concert or participation with any of them who receive actual notice of this Stipulated Permanent Injunction after its entry by the Court.

2. <u>Restricted Activities – Confidentiality</u>. Heiner shall not directly or indirectly use or disclose SiteOne's "Confidential Information," which means all information not generally known to the public in any form relating to the past, present or future business affairs of SiteOne or any of its subsidiaries or affiliates, including without limitation: all business plans and marketing strategies; information concerning existing and prospective markets, suppliers and customers; financial information; information concerning the development of new products and services; and technical and non-technical data related to software programs, design, specifications, compilations, inventions, improvements, patent applications, studies, research, methods, devices, prototypes, processes, procedures and techniques, trade secrets, and information that was entrusted

Page 2 –   STIPULATED PERMANENT
            INJUNCTION AND ORDER

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

to SiteOne by a third party under an obligation of confidentiality. "Confidential" information does not include any information of SiteOne which (i) becomes publicly known through no wrongful act of Defendant; or (ii) is lawfully required to be disclosed to any governmental agency or is otherwise required or permitted to be disclosed by law, subpoena, or court order.

3. <u>Heiner's Warranties and Representations Regarding Confidential Information</u>. As of the date of this Stipulated Permanent Injunction, Heiner warrants and represents that he has returned to SiteOne, deleted, or destroyed any of SiteOne's "Confidential Information," as that term is defined above, that is in tangible form, whether hard copy or electronic.

4. <u>Restricted Activities – Customer Protections</u>. Until December 4, 2026, Heiner and any person in active concert or participation with him are enjoined from soliciting or transacting business with any SiteOne customers with whom Heiner had material contact during his employment at SiteOne for the purpose of providing products or services concerning residential or commercial landscaping or the design, installation, or maintenance of lawns, gardens, golf courses, or other outdoor spaces.

5. <u>Further Injunctive Relief</u>. If necessary, this Stipulated Permanent Injunction may be enforced by seeking relief from this Court by way of a motion for contempt for a breach. If Heiner violates this Stipulated Permanent Injunction, he agrees that SiteOne may be threatened with irreparable harm, which may justify immediate injunctive relief, and that SiteOne may request that a Court of appropriate jurisdiction, including this Court, order an appropriate remedy without the requirement of posting a bond.

Page 3 –   STIPULATED PERMANENT
           INJUNCTION AND ORDER

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

SO STIPULATED on February 3, 2026.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | ANGELI & CALFO LLC |
| /s/ James M. Barrett | /s/ Tyler Francis[1] |
| James M. Barrett, OSB No.: 011991 | Tyler Francis, OSB No. 162519 |
| james.barrett@ogletreedeakins.com | tylerf@angelicalfo.com |
| Tel: (503) 552-2140 | Joanna Perini-Abbott, OSB No. 141394 |
| Attorneys SiteOne Landscape Supply LLC | joanna@angelicalfo.com |
| | Tel: (503) 954-2232 |
| | Attorneys for Mitchell Heiner |

\* \* \* \* \*

IT IS SO ORDERED.

DATED February _3_, 2026.

_____
MICHAEL H. SIMON
United States District Judge

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ James M. Barrett
James M. Barrett, OSB No. 011991
james.barrett@ogeltreedeakins.com
    Of Attorneys for SiteOne Landscape Supply LLC

---

[1] Authorization to sign received by email on February 3, 2026.

Page 4 –   STIPULATED PERMANENT INJUNCTION AND ORDER

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518